# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**   Tel: 718-740-1000
Email: abdul@abdulhassan.com   Fax: 718-740-2000
*Employment and Labor Lawyer*   Web: www.abdulhassan.com

February 24, 2020

**Via ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 3/2/2020

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

           **Re: Rubio v. BSDB Management Inc. et al**
               **Case No. 19-CV-11880 (VSB)(SN)**
               **Motion for Extension of Time**

Dear Judge Broderick:

     My firm represents plaintiff in the above-referenced actions, and I respectfully write with the consent of opposing counsel, to request a 30-day extension of the February 24, 2020 deadline for Plaintiff to respond to Defendants' counterclaims. No prior request for an extension of this deadline was made.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     **Defense Counsel via ECF**

1