# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                           Fax: 718-740-2000
*Employment and Labor Lawyer*                                  Web: www.abdulhassan.com

May 3, 2021

**Via ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 5/4/2021

Hon. Vernon S. Broderick, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Rubio v. BSDB Management Inc. et al</u>
     Case No. 19-CV-11880 (VSB)(SN)
     **Motion for Extension of Time**

Dear Judge Broderick:

     My firm represents plaintiffs in the above-referenced action, and I respectfully write to request a brief two-week extension of the May 3, 2021 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers. One prior request for an extension of this deadline was made and granted.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     **Defense Counsel via ECF**