

Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

June 24, 2021

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

  Re: *Rubio v. BSDB Management Inc. et al*
     Civil Case No. 1:19-cv-11880-VSB

Dear Judge Broderick:

  We are counsel to Defendants BSDB Management Inc. ("BSDB"), Marvin Neiman, and Dov Lebovic in the above-referenced matter. By way of background, on June 11, 2021, Defendants, jointly with Plaintiff, filed a letter requesting the Court's guidance through a conference to finalize the settlement agreement in this matter (Dkt. No. 50). As stated in that letter, since reaching a resolution in principle, the parties have found agreement on all outstanding issues regarding the terms of the formal settlement agreement in light of the requirements set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), except for the fee-shifting provisions in the settlement agreement. On June 14, 2021, Plaintiff filed a supplemental letter outlining his arguments as to why the fee-shifting provisions should not be included in the agreement (Dkt. 51). On June 16, 2021, the Court denied Defendants' request seeking a conference and Plaintiff's application for a ruling on the outstanding issue. The court directed Defendants to file a response to Plaintiff's June 14, 2021 letter and to attach a copy of the entire proposed settlement agreement by June 24, 2021, and Plaintiff to file any reply by July 1, 2021, if the parties have reached a settlement. The Court also noted that if the parties have not yet reached a settlement, they are directed to seek an extension of time to revise their settlement agreement by on or before June 24, 2021.

  Yesterday, the parties resolved the disagreement and finalized the settlement agreement for the parties' execution. Defendants then sent the final version of the settlement agreement in PDF format to Plaintiff for his signature and also made minor revisions in the draft *Cheeks* letter the Defendants had already sent to Plaintiff on April 30, 2021 for Plaintiff to add a section concerning the reasonableness of his attorneys' fees. Today, we sent Plaintiff a copy of Defendants' signed settlement agreement and also followed up regarding the draft *Cheeks* letter as we have not received

The Honorable Vernon S. Broderick
June 24, 2021
Page 2

any comments or edits since April 30. *See* Exhibit A. Our office also called Plaintiff's counsel to follow up on Plaintiff's signed settlement agreement and indicated in a subsequent e-mail that we tried to follow up via phone but he was unavailable to talk. In that same follow-up email, we requested that Plaintiff send us a fully-executed copy of the settlement agreement and the *Cheeks* letter with Plaintiff's discussion regarding attorneys' fees by 6:00 p.m. We have not received any response.

Defendants will file the *Cheeks* letter with the parties' fully-executed settlement agreement for the Court's approval as soon as we receive the documents from Plaintiff.

We thank the Court for its time and attention to this matter

Respectfully,

_/s/Adam E. Collyer_____
Adam E. Collyer of
LEWIS BRISBOIS BISGAARD & SMITH LLP