UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MANUEL RUBIO,

                Plaintiff,

     -against-

BSDB MANAGEMENT INC., et al.,

                Defendants.

------------------------------------------------------------X

19-CV-11880 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

A conference to discuss the parties' two settlement agreements is scheduled for Friday, September 3, 2021, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 27, 2021
              New York, New York