```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANUEL RUBIO,

                Plaintiff,                                      19-CV-11880 (SN)

      -against-                                           **ORDER**

BSDB MANAGEMENT INC., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on August 25, 2021, submitted a proposed settlement for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). ECF No. 62. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      September 3, 2021
                  New York, New York